UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEVIN MADIGAN | No. 1:24-cr-00129-SDN |

**PROSECUTION VERSION OF THE OFFENSE**

Between about March 5, 2023, and about April 16, 2023, in the District of Maine, the defendant Devin Madigan possessed material containing child pornography. Specifically, Madigan possessed a cellphone containing child pornography files.

Madigan's phone, an iPhone, contained dozens of video and image files depicting female children approximately 1 to 12 years of age engaged in sex acts with other children or adults. One video Madigan possessed, with file name "trim.EFC7A6BE-91BB-463A-8FA7-D5A3C0B4F401.MOV," is a color video 1:01 in length which depicts a prepubescent female approximately 1-3 years old wearing no pants and laying on her back. An adult male's erect penis is being inserted into the child's anus. Madigan obtained this and the other files from the internet, including from chat sites where such images are traded.

Had this case proceeded to trial, the government would have presented evidence that the phone containing the child pornography was found in the location where Madigan was present and was staying, and that the phone contained data showing he was the owner of the phone, to include data showing that the device was named 'Devin Madigan,' with the Apple ID listed as devin.madigan@icloud.com and associated AOL/Gmail accounts madigandevin1995@gmail.com, dmadigan1995@aol.com had been accessed from the phone. The government would have also provided forensic evidence showing that certain child pornography files were downloaded from a particular messaging app, and forensic evidence

and expert testimony showing that this app had been installed on Madigan's phone. The government would have also provided expert and lay testimony showing that the iPhone itself had been manufactured in China and had therefore travelled in interstate and foreign commerce prior to having the child pornography files downloaded to it. In addition, the government would have also produced the phone itself and the child pornography images found inside it, as well as evidence showing that the files were user-accessible when the phone was possessed by Madigan, and other artifacts showing that Madigan was the user of the device at the time the files were downloaded.

Dated this 27th day of January 2025         Respectfully submitted,

DARCIE N. MCELWEE
United States Attorney

/s/ Chris Ruge
Chris Ruge
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Bangor, ME
(207) 945-0373
chris.ruge@usdoj.gov